NO. 07-11-00066-CV

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL C

 



FEBRUARY
10, 2011

 



 

IN RE MICHAEL ROCKAFELLOW AND MTBC, LTD., RELATORS



 



 

 

Before QUINN,
C.J., and HANCOCK and PIRTLE, JJ.

 

 

ORDER

 

Pending before this Court is an
Emergency Motion for Stay of Deposition and Production of Documents filed by relators, Michael Rockafellow and
MTBC, Ltd.  By this motion, relators seek an order staying the Amended Order
Authorizing Deposition entered by respondent, the Honorable Les Hatch, in cause
number 2010-554,734 in the 237th District Court of Lubbock County,
Texas.  As this Amended Order Authorizing
Deposition authorizes the deposition of Rockafellow
“no later than the 15th day of February 2011,” which is an
insufficient amount of time for this Court to determine the merits of Rockafellow’s petition for writ of mandamus, we grant the
motion during the pendency of the above-identified original proceeding.  See Tex.
R. App. P. 52.10(b).

 

                                                                                    Per
Curiam